**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-02477-REB-BNB

BRANDON ARCHULETA, and
ROSEMARY ARCHULETA,

      Plaintiffs,

v.

CORRECTIONAL HEALTHCARE MANAGEMENT, a Colorado corporation,
JANE DOE MEDICAL DIRECTOR,
JANET DEHLER, M.D.,
LINDA ADDISON, R.N.,
CRAIG THOMPSON, L.P.N.,
KAREN STUREGEON, L.P.N., and
JOHN AND JANE DOE,

      Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

      The matter before me is the **Stipulation of Dismissal** [#42] filed May 7, 2009. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed without prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation of Dismissal** [#42] filed May 7, 2009, is **APPROVED**;

    2. That the Trial Preparation Conference set for February 5, 2010, is **VACATED**;

    3. That the jury trial set to commence February 22, 2010, is **VACATED**; and

2

      4. That this action is **DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs.

      Dated May 7, 2009, at Denver, Colorado.

      BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge