**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 08-cv-02477-REB-BNB

BRANDON ARCHULETA, and
ROSEMARY ARCHULETA,

    Plaintiffs,

v.

CORRECTIONAL HEALTHCARE MANAGEMENT, a Colorado corporation,
JANE DOE MEDICAL DIRECTOR,
JANET DEHLER, M.D.,
LINDA ADDISON, R.N.,
CRAIG THOMPSON, L.P.N.,
KAREN STUREGEON, L.P.N., and
JOHN AND JANE DOE,

    Defendants.

**AMENDED**
**ORDER OF DISMISSAL**
**(Dismissing Only The Claims Of Plaintiff, Rosemary Archuleta)**

**Blackburn, J.**

The matter comes before the court *sua sponte.* The court's **Order of Dismissal** [#43] entered May 7, 2009, improvidently dismissed the case in its entirety. However, the **Stipulation of Dismissal** [#42] requested only that the claims of plaintiff, Rosemary Archuleta, against defendants be dismissed without prejudice. Thus, this amended order is entered.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation of Dismissal** [#42] filed May 7, 2009, is **APPROVED** *pro tanto*;

      2. That the claims of plaintiff, Rosemary Archuleta, against all defendants are **DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs;

      3. That the Trial Preparation Conference set for February 5, 2010, is **REINSTATED**;

      4. That the jury trial set to commence February 22, 2010, is **REINSTATED**;

      5. That plaintiff, Rosemary Archuleta, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

      Dated May 7, 2009, at Denver, Colorado.

      BY THE COURT:

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge