**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-02477-REB-BNB

BRANDON ARCHULETA,

    Plaintiff,

v.

JANET DEHLER, M.D.,
LINDA ADDISON, R.N.,
CRAIG THOMPSON, L.P.N., and
KAREN STUREGEON, L.P.N.,

    Defendants.

## ORDER DISMISSING
## DEFENDANT KAREN STURGEON, L.P.N., ONLY

**Blackburn, J.**

The matter before me is the **Stipulation of Dismissal as to Defendant Karen Sturgeon, L.P.N.** [#46] filed May 13, 2009.  After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that plaintiff's claims against defendant Karen Sturgeon, L.P.N. should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal as to Defendant Karen Sturgeon, L.P.N.** [#46] filed May 13, 2009, is **APPROVED**;

2. That plaintiff's claims against defendant, Karen Sturgeon, L.P.N., are **DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs; and

2

3.  That defendant, Karen Sturgeon, L.P.N., is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated May 13, 2009, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge