IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-02477-REB-BNB

BRANDON ARCHULETA,

Plaintiff,

v.

JANET DEHLER, M.D.,
LINDA ADDISON, R.N.,
CRAIG THOMPSON, L.P.N.,

Defendants.

_____

**ORDER**
_____

This matter arises on the **<u>Unopposed</u> Motion for Leave to File First Amended Answer to Plaintiff's Complaint** [Doc. # 52, filed 7/28/2009] (the "Motion to Amend").

IT IS ORDERED that the Motion to Amend is GRANTED. The Clerk of the Court is directed to accept for filing CHM Defendants' First Amended Answer to Plaintiff's Complaint [Doc. # 52-2].

IT IS FURTHER ORDERED that granting the Motion to Amend and accepting for filing CHM Defendants' First Amended Answer to Plaintiff's Complaint shall not constitute good cause to amend the case schedule.

Dated July 29, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge