IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02477-REB-BNB

BRANDON ARCHULETA,

Plaintiff,

v.

JANET DEHLER, M.D.,
LINDA ADDISON, R.N.,
CRAIG THOMPSON, L.P.N.,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Cancel and/or Vacate the Hearing on Defendants' Motion to Compel, Scheduled for August 14, 2009** [docket no. 57, filed August 12, 2009] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The hearing set for August 14, 2009, is VACATED.

IT IS FURTHER ORDERED that the **CHM Defendants' Motion to Compel Documents Pursuant to Fed.R.Civ.P. 37 and Fed.R.Civ.P. 26(a)** [docket no. 49] is DENIED AS MOOT.

IT IS FURTHER ORDERED that the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a) on or before **August 26, 2009**, or a status report addressing why dismissal has not been accomplished.

DATED: August 12, 2009