## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No. 08-cv-02477-REB-BNB

BRANDON ARCHULETA,

      Plaintiff,

v.

JANET DEHLER, M.D.,
LINDA ADDISON, R.N., and
CRAIG THOMPSON, L.P.N.,

      Defendants.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

The matter before me is the **Stipulation To Dismiss All Claims Against All Defendants** [#60] filed August 25, 2009.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation To Dismiss All Claims Against All Defendants** [#60] filed August 25, 2009, is **APPROVED**;

      2.  That the Trial Preparation Conference set for February 5, 2010, is **VACATED**;

      3.  That the jury trial set to commence February 22, 2010, is **VACATED**; and

2

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay

their own attorney fees and costs.

Dated August 26, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge